AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-73

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* X CORP was received by me on *(date)* Jun 15, 2023, 10:56 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Anastazia Gomes , who is designated by law to accept service of process on behalf of *(name of organization)* X CORP on *(date)* Wed, Jun 21 2023 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 06/26/23

*Server's signature*

Ted Tackett

*Printed name and title*

963 Topsy Ln Suite 306 Box 356, Carson City, NV 89705

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jun 21, 2023, 2:36 pm PDT at CT Corporation System: 701 S Carson St Suite 200, Carson City, NV 89701 received by Anastazia Gomes. Age: 35; Ethnicity: Caucasian; Gender: Female; Height: 5'8"; Hair: Brown; Eyes: Brown; Relationship: Authorized Agent;

DOCUMENTS SERVED: COMPLAINT FOR A CIVIL CASE; STATEMENT OF CLAIM; CIVIL COVER SHEET; RULE 26 INSTRUCTION ORDER; NOTICE OF ALTERNATIVE DISPUTE RESOLUTION and CASE MANAGEMENT PROCEDURES; SUMMONS IN A CIVIL ACTION