IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| GRANT PARKER SHUMANS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO.: |
| | ) | 2:23-cv-00073-LGW-BWC |
| v. | ) | |
| | ) | |
| TWITTER, INC. and X CORP., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR AN ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

COMES NOW Defendant X Corp., as successor in interest to named defendant Twitter, Inc. ("Twitter"),[1] pursuant to Local Rule 7.1, and respectfully submits this Motion for An Enlargement of Time to Respond to Plaintiff's Complaint.

On June 21, 2023, this Court issued an order finding that the Complaint, Dkt. 1, is a "shotgun pleading" that failed to comply with Federal Rules of Civil Procedure 8 and 10(b), and requiring Plaintiff "to file a more definite statement of his claims within **twenty (20) days** of the date of this Order," *i.e.*, by no later than July 11, 2023. Dkt. 4 at 5-6. Plaintiff did not file a more definite statement of his claims by that date.

Twitter's deadline to respond to the Complaint is today, July 12, 2023. *See* Dkt. 5. Given Plaintiff's failure to comply with the Court's June 21, 2023 order, and given that the Court stated in that Order that Plaintiff's failure to file a more definite statement "will result in dismissal of this action," (Dkt. 4 at 6), Twitter understands that no response to the Complaint is required. However, if the Court requires a response from Twitter to the Complaint, Twitter respectfully

---

[1] Plaintiff named as defendants Twitter, Inc. and X Corp. Twitter, Inc. has been merged into X Corp. and no longer exists.

requests a 10-day extension of that deadline to and including July 22, 2023.  A proposed order is attached for the Court's consideration.

    Respectfully submitted this 12th day of July 2023.

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, PC**

*/s/ Ivy N. Cadle*
Ivy N. Cadle, Esq.
Georgia Bar No. 353227
3414 Peachtree Road, N.E., Suite 1500
Telephone: (404) 577-6000
icadle@bakerdonelson.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that I have filed a true and correct copy of the foregoing *Motion for Enlargement of Time to Respond to Plaintiff's Complaint* using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

Additionally, I served a true and correct copy of the foregoing via First-Class, U.S. Mail, postage prepaid, to the following:

Grant Parker Shumans
1423 Graham Zoar Road
Baxley, GA 31513

Respectfully submitted this 12th day of July 2023.

        **BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

        */s/ Ivy N. Cadle*
Ivy N. Cadle, Esq.
Georgia Bar No. 353227
3414 Peachtree Road, N.E., Suite 1500
Telephone: (404) 577-6000
icadle@bakerdonelson.com

*Counsel for Defendant*