# In the United States District Court for the Southern District of Georgia Brunswick Division

GRANT PARKER SHUMANS,

    Plaintiff,

v.

TWITTER, INC. and X CORP.,

    Defendants.

2:23-CV-73

### ORDER

Plaintiff initiated this action against Twitter Inc. and X Corp. on June 14, 2023. Dkt. No. 1. On June 21, 2023, the Court advised Plaintiff that his complaint is a shotgun pleading and ordered him to file a more definite statement of his claims within twenty (20) days. Dkt. No. 4. The Court warned Plaintiff that "[h]is failure to do so will result in dismissal of this action." Id. Plaintiff has filed neither a more definite statement nor a motion for extension of time to respond, and the time for doing so has passed. Therefore, in accordance with the Court's prior Order, this case is **DISMISSED without prejudice**. The Clerk is **DIRECTED** to close this case. Additionally, Defendants' motion for extension of time to file answer, dkt. no. 6, is **DENIED** as moot.

SO ORDERED this 17 day of July, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2