AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

GRANT PARKER SHUMANS,

    Plaintiff,

    v.

TWITTER, INC. and X CORP.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:23-CV-73

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order entered July 17, 2023, Plaintiff's complaint is hereby dismissed without prejudice for failure to comply with a Court Order. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: July 19, 2-73

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020